IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-07004-KMT-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANGELA JACOBSEN,

        Defendant.

## ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES

        Upon report of the probation officer that the defendant has requested foreign travel and she remains in compliance with the conditions of probation, it is

        **ORDERED** that defendant, ANGELA JACOBSEN, be allowed to travel to London, England from December 27, 2009, until January 17, 2010, which she will arrange once the Court grants permission.

        **DATED** at Denver, Colorado, this 23rd day of December, 2009.

        BY THE COURT:

~~Kathleen M. Tafoya~~ Kristen L. Mix
United States Magistrate Judge

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO